*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00337-CR
No. 04-12-00338-CR

Warner **VAUGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2011-CR-2213, 2011-CR-2214
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  August 1, 2012

DISMISSED

The trial court signed certifications of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal" and "defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on June 15, 2012, this court issued an order stating these appeals would be dismissed pursuant to Rule 25.2(d)

unless amended trial court certifications that show defendant has the right of appeal were made part of the appellate record.  *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.  No amended trial court certifications have been filed; therefore, these appeals are dismissed.

PER CURIAM

Do not publish